IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **DEMETRIUS A. MCGEE,** | § | |
| | § | |
|     **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 4:19-cv-00957-O-BP |
| | § | |
| **FORT WORTH POLICE DEPARTMENT,** | § | |
| *ET AL.*, | § | |
| | § | |
|     **Defendants.** | § | |

**FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff, Demetrius A. McGee, proceeding *pro se* and *in forma pauperis*, initiated this action by filing an original complaint on November 4, 2019 in which he alleges that he was wrongfully arrested, maliciously prosecuted, put in jail, and sentenced to a term in jail because he was poor and homeless. ECF No. 1. On the Civil Cover Sheet, Plaintiff checked the box for "U.S. Government Plaintiff" as the basis of jurisdiction and "Other Civil Rights" as the nature of the suit. He did not identify the defendants or provide any additional information other than his name. *Id.* at 3. This case was referred to the undersigned electronically on November 19, 2019.

By Order dated February 25, 2020, the Court ordered Plaintiff to file an amended complaint by March 26, 2020, that contained a short and plain statement of the Court's jurisdiction, a short and plain statement of the Plaintiff's claims, and a demand for relief, in accordance with Federal Rule of Civil Procedure 8(a). ECF No. 12. The Court cautioned Plaintiff that failure to comply with the order may result in the dismissal of the case for want of prosecution under Federal Rule of Civil Procedure 41(b). Plaintiff failed to file an amended complaint as ordered.

By Order dated March 31, 2020, the Court again ordered Plaintiff to file an amended complaint as provided in the Court's previous order dated February 25, 2020, ECF No. 12. The Court set a new deadline of April 30, 2020 for Plaintiff to file the amended complaint and again warned him that failure to comply with the order may result in dismissal of the case for want of prosecution under Federal Rule of Civil Procedure 41(b). ECF No. 13. Plaintiff did not comply with the Court's Order.

In light of the Court's numerous extensions of time for Plaintiff to file an amended complaint, Plaintiff's failure to file an amended complaint, and the Court's providing Plaintiff warning that failure to file an amended complaint or to comply with court orders may result in dismissal, and the record as a whole, the undersigned **RECOMMENDS** that United States District Judge Reed O'Connor **dismiss** Plaintiff's complaint **without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute or to comply with court orders.

A copy of this Findings, Conclusions, and Recommendation shall be served on all parties in the manner provided by law. Any party who objects to any part of this Findings, Conclusions, and Recommendation must file specific written objections within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b)(1). In order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the magistrate judge's findings, conclusions, and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific. Failure to file specific written objections will bar the aggrieved party from appealing the factual findings and legal conclusions of the magistrate judge that are accepted or adopted by the district court, except upon grounds of plain error. *See Douglass v. United Services Auto. Ass'n*, 79 F.3d

1415, 1417 (5th Cir. 1996) (en banc).

    Signed **May 4, 2020**.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE